UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
SHAMIM AHMED
RABIA K AHMED
Debtor(s)
_____/

CASE NO.: 6:14-bk-09793
CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income(s) of the Debtor(s) are submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

### Plan Payments

| Payment Number by Months | Amount of Monthly Payment |
|---|---|
| 01-60 | $909.00 (Starting September 27, 2014) |

The Debtor(s) shall mail a **Money Order** or **Cashier's Check** to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103; with the Debtor(s) name and case number indicated clearly thereon and by the due dates for payments as set for the above.

### PAYMENT OF CLAIMS THROUGH THE PLAN

#### Priority Claims

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Priority Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| Debtor's Attorney (Balance of Fees) | $2,000.00 | $33.33 | 01-59 |
| | | $33.53 | 60 |
| Debtor's Attorney (Monitoring Fees) | $0.00 | | |
| Debtor's Attorney (Mediation Fees) | $0.00 | | |

#### Secured Claims

| Secured Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| Bank of America – 1st Mtg | $370,872.81 | $784.34 | 01-60 |

*Motion for Mortgage Mediation to be filed.

Nationstar Mortgage – 2nd Mtg   Discharged under previous bankruptcy (6:11-bk-19042-ABB)

### Secured Arrearages (Includes Gap Payment)

| Secured Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| None | | | |

### Property to Be Surrendered

None

Creditors have 90 days from confirmation to file any deficiency claims; otherwise, the property is deemed to have been surrendered in full satisfaction of the debt owing. The Stay is lifted to any secured creditor whose property is being surrendered upon confirmation.

### Valuation of Security/Mortgages to be Valued/Stripped

| Name of Creditor (Claim) | Claim Amount | Payment Amount | Payment Months |
|---|---|---|---|
| None | | | |

### Executory Contracts

The following Executory Contracts are assumed: None
The following Executory Contracts are rejected: None

**Unsecured Creditors** whose claims are allowed shall receive a pro rata share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.

Approximate percentage: **0%** ($25.60)

### OTHER PROVISION REGARDING INCOME TAX REFUNDS, INCOME TAX RETURNS, AND/OR INCREASED INCOME

The Debtor(s) are required to turnover any and all income tax refunds to the Chapter 13 Standing Trustee for the benefit of the Debtor(s) general unsecured creditors for the duration of this case. The Debtor(s) shall mail any and all tax refunds to the Chapter 13 Standing Trustee's payment address: Laurie K. Weatherford, Chapter 13 Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) shall put their name and case number on the face of any refund checks before mailing them to the Trustee. **The Debtor(s) shall endorse the back of the refund checks with their name and the words "made payable to Laurie K. Weatherford, Trustee".**

The Debtor(s) are required to provide the Chapter 13 Trustee with copies of all income tax returns filed each year and for the duration of this case. The Debtor(s) shall mail a copy of the returns for each

year on or before April 30th, to Mark & Brown, P.A., and to the Chapter 13 Trustee at the address of Post Office Box 3450, Winter Park, FL 32790.

The Debtor(s) are further required to file all tax returns timely and to pay any taxes due for the duration of this case. Proofs of payment of all post-petition taxes are required.

If the Debtor(s) income increases during the pendency of this Chapter 13 Case, the Debtor(s) must commit the excess disposable income to the Plan for the benefit of the Debtor's creditors.

## DECLARATION

I/We, **SHAMIM & RABIA AHMED**, Debtor(s) in the above styled case, declare under penalty of perjury, that I have read the forgoing Chapter 13 Plan and that it is true and correct to the best of my knowledge, information, and belief.

8/27/2014
DATE

*Shamim Ahmed*
SHAMIM AHMED

8/27/2014
DATE

*Rabia Ahmed*
RABIA AHMED

8/27/2014
DATE

BRIAN M. MARK, ESQ.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Chapter 13 Plan has been served on 8/28/2014 either by electronic transmission or by United States first class postage prepaid to all addresses on the clerk's mailing list.

Brian M. Mark, Esq.
Florida Bar No. 134207
MARK & BROWN, P.A.
5728 Major Blvd, Ste 502
Orlando, FL 32819
Phone: (407) 932-3933
Fax: (407) 932-3965
ATTORNEY FOR DEBTOR

```
Label Matrix for local noticing          Rabia K. Ahmed                            Shamim Ahmed
113A-6                                   11812 Crockett Court                      11812 Crockett Court
Case 6:14-bk-09793                       Orlando, FL 32824-5950                    Orlando, FL 32824-5950
Middle District of Florida
Orlando
Wed Aug 27 15:43:25 EDT 2014

Acs/Jp Morgan Chase Ba                   (p)BANK OF AMERICA                        Florida Department of Revenue
501 Bleecker St                          PO BOX 982238                             Bankruptcy Unit
Utica, NY 13501-2401                     EL PASO TX 79998-2238                     Post Office Box 6668
                                                                                   Tallahassee FL 32314-6668

Gulf Coast Collection Bureau             Internal Revenue Service                  Nationstar Mortgage Ll
PO Box 21239                             Post Office Box 7346                      350 Highland Dr
Sarasota, FL 34276-4239                  Philadelphia PA 19101-7346                Lewisville, TX 75067-4177

Orange County Tax Collector              Physicians Hospitalist PA                 Ronald R Wolfe & Assoc PL
PO Box 545100                            PO Box 616788                             PO Box 25018
Orlando FL 32854-5100                    Orlando, FL 32861-6788                    Tampa, FL 33622-5018

Rushmore Loan Mgmt Ser                   Sallie Mae                                Sheridan Radiology Srvs
15480 Laguna Canyon Rd S                 Po Box 9655                               PO Box 452047
Irvine, CA 92618-2132                    Wilkes Barre, PA 18773-9655               Fort Lauderdale, FL 33345-2047

Brian Michael Mark +                     United States Trustee - ORL7/13 7+
Mark & Brown, P.A.                       Office of the United States Trustee
5728 Major Blvd., Suite 502              George C Young Federal Building
Orlando, FL 32819-7970                   400 West Washington Street, Suite 1100
                                         Orlando, FL 32801-2210
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                               End of Label Matrix
4161 Piedmont Pkwy                       Mailable recipients    16
Greensboro, NC 27410                     Bypassed recipients     0
                                         Total                  16
```